AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JAN 27 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

United States of America
v.

Vesy Michell HERNANDEZ-Zavala
*Defendant(s)*

Case No. EP-25-M-351-RFC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 26, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | When applying for admission to the United States, did knowingly personate another or attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Oath Telephonically Sworn
At __1:01__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

Sworn to before me and signed in my presence.

Date: __January 27, 2025__

City and state: __El Paso, Texas__

*Complainant's signature*

Brenda A. Marrufo
CBP Enforcement Officer

*Judge's signature*
Robert F. Castaneda
UNITED STATES MAGISTRATE JUDGE

## FACTS

On or about January 26, 2025, the DEFENDANT, Vesy Michell HERNANDEZ-Zavala, a native and citizen of Honduras, applied for admission into the United States from Mexico via pedestrian primary lanes at the Paso Del Norte Port of Entry in El Paso, Texas located in the Western District of Texas.

The DEFENDANT presented a New Mexico identification card and an El Paso County Birth Certificate bearing the name and date of birth of another, whose initials are J. Y. R and represented herself to be that person to primary Customs and Border Protection Officer (CBPO) manning the pedestrian lane.

During the primary inspection, the DEFENDANT stated she was returning from visiting her grandmother in Mexico. The DEFENDANT stated she was born in El Paso, Texas and was traveling to her home in Albuquerque, New Mexico where she lived and worked. At this time, the DEFENDANT, was escorted to Passport Control Secondary (PCS) for further inspection.

In PCS, the DEFENDANT admitted to her true identity and stated she is a citizen of Honduras. The DEFENDANT further stated that her intentions were to come to the United States to seek employment.

The DEFENDANT was served with Form I-214 (Spanish version), Warning of Rights, which she read, stated she understood and requested legal representation, and all questioning ceased.

Record checks indicated the DEFENDANT is not in possession of any document with which to enter, reside, or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

Criminal:
None can be established at this time.

Immigration:
None can be established at this time.